

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00861-CR

SEGISMUNDO GONZALEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 184th District Court of Harris County. (Tr. Ct. No. 1388920).

This case is an appeal from the final judgment signed by the trial court on September 22, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in that portion of the trial court's judgment that sentenced appellant to seventeen years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to reflect that appellant was sentenced to sixteen years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 22, 2015.

Panel consists of Justices Higley, Huddle, and Lloyd.  Opinion delivered by Justice Lloyd.